UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CUMMINGS, ) | Case No. CV 11-4003 AG(JC) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| GREG D. LEWIS, et al., ) | |
| Respondents. ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed without prejudice.

DATED: April 30, 2012

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE